NO. 07-03-0488-CV



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL C



JANUARY 13, 2004


______________________________



MIKE SMITH D/B/A COUNTY LINE ENTERPRISES


AND COUNTY LINE ENTERPRISES, INC.
 



 Appellant


v.



WILBERT KALBAS




 Appellee

_________________________________



FROM THE 287TH DISTRICT COURT OF BAILEY COUNTY;



NO. 7683; HON. GORDON H. GREEN, PRESIDING


_______________________________



MEMORANDUM OPINION


_______________________________



Before JOHNSON, C.J., and QUINN and REAVIS, JJ.

 Appellant Mike Smith d/b/a County Line Enterprises and County Line Enterprises,
Inc. filed a notice of appeal on November 18, 2003. According to the pertinent district
clerk, appellant did not submit a written designation for the record or pay or make
arrangements to pay for the record under Texas Rule of Appellate Procedure 35.3(a)(2). (1) 
Nor did he file an affidavit of indigence per Texas Rule of Appellate Procedure 20.1. By
letter from this Court dated December 30, 2003, we informed counsel for appellant that
"unless appellant files proof with this court by January 9, 2004, that this requirement
(arrangements for payment of the record) has been satisfied . . . the cause will be
dismissed for want of prosecution . . . ." Tex. R. App. P. 42.3(c). The deadline lapsed, and
the proof required was not received. 

 Accordingly, we dismiss the appeal pursuant to Texas Rule of Appellate Procedure
42.3(c). 

 

 Per Curiam

 

 

1. The court reporter has also indicated that appellant has yet to file a written designation for the record
or pay or make arrangements to pay for the record.